**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

EDWIN GONZALES VARELA,

Petitioner,

v.

TODD BLANCHE, *et al*.,

Respondents.

Case No. 2:26-cv-02300-RFB-DJA

**ORDER VACATING (ECF NO. 3) TRANSFER ORDER**

On July 29, 2026, the undersigned transferred this case from the originally assigned Judge Cristina D. Silva to Judge Richard F. Boulware, II. See ECF No. 3. The transfer was pursuant to Local Rule 42-1 and Federal Rule of Civil Procedure 42(a), based on a determination from the face of the (ECF No. 1-1) *pro se* Petition for a Writ of Habeas Corpus that this case was related to a certified class action pending before Judge Richard F. Boulware, II in Jacobo Ramirez v. Mullin, Case No. 2:25-cv-02136-RFB-MDC. See id.

Federal Respondents have since indicated their position that Petitioner is not a member of the Jacobo-Ramirez Class and asserted 8 U.S.C. § 1226(c) as the basis for his detention. See ECF No. 13. Based on the pleadings and record before the Court, the undersigned find that this case is not related to Jacobo-Ramirez v. Mullin, No. 2:25-cv-02136-RFB-MDC and therefore vacate the July 29, 2026, transfer.

Therefore, **IT IS HEREBY ORDERED** that the (ECF No. 3) Transfer Order is **VACATED**.

///

///

///

**The Clerk of Court is instructed** to (1) reassign this case back to District Judge Cristina D. Silva and; (2) remove the reference to 2:25-cv-02136-RFB-MDC as a related case from the docket.

**DATED:** August 18, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**CRISTINA D. SILVA**
**UNITED STATES DISTRICT JUDGE**